■ DOROTHY JACKSON, Respondent, v. JAMES STEWART et al., Appellants. — In an action to recover damages for personal injuries, defendants appeal from a judgment of the Supreme Court, Queens County, entered June 19, 1958, in favor of plaintiff, after a nonjury trial. Judgment affirmed, with costs.

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.